**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 237 MAL 2019

:

Respondent   :

:   Petition for Allowance of Appeal from

:   the Order of the Superior Court

v.   :

:

:

JOHN SMITH,   :

:

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.